IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-02758-LTB

CHRISTINE A. MURPHY,

    Plaintiff,

v.

GREGORY LEON,

    Defendant.

___

ORDER
___

    This case is before me on Plaintiff Christine A. Murphy's Motion for Attorneys' Fees [Doc # 13]. No opposition to the motion has been filed. After consideration of the motion, all related pleadings, and the case file, I grant Plaintiff's motion as set forth below.

    By Order dated May 30, 2013, I entered default judgment in favor of Plaintiff and against Defendant for damages in the approximate amount of $1.5 million plus interest, costs, and reasonable attorney fees. In the May 30, 2013 Order, I concluded that Plaintiff was entitled to an award of attorney fees pursuant to C.R.S. § 18-4-405, which authorizes the recovery of reasonable attorney fees in any action for theft, and Fed. R. Civ. P. 54(d), which sets forth the procedural requirements for attorney fee motions.

    By the motion, Plaintiffs seeks an award of $11,362 in attorney fees associated with this action. In support of this request, Plaintiff has submitted affidavits from her counsel, billing records, and the applicable fee agreements. After reviewing this evidence, I conclude that the attorney fees incurred by Plaintiff were both reasonable and necessary under the facts of this

case.

        IT IS THEREFORE ORDERED that

        1.  Plaintiff's Motion for Attorneys' Fees [Doc # 13] is GRANTED; and

        2.  Judgment shall enter in favor of Plaintiff Christine A. Murphy and against Defendant Gregory Leon for reasonable attorney fees in the amount of $11,362.

Dated: July  26 , 2013.

                              BY THE COURT:

                              s/ Lewis T. Babcock
                              Lewis T. Babcock, Judge